THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICIA CHUNGLO-STEWART,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C13-1872-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable John L. Weinberg, United States Magistrate Judge. (Dkt. No. 23.) No objections have been filed. Having thoroughly considered the parties' briefing, the Report and Recommendation, the administrative record, and the balance of the record, the Court hereby ORDERS:

1) The Court ADOPTS the Report and Recommendation of Judge Weinberg;
2) The Court AFFIRMS the decision of the Commissioner and this action is dismissed with prejudice; and
3) The Clerk of the Court is respectfully DIRECTED to send a copy of this order to the parties and Judge Weinberg.

//
//
//

ORDER
PAGE - 1

1    DATED this 5th day of August 2014.

[signature]

John C. Coughenour
UNITED STATES DISTRICT JUDGE